**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

QUICKEN LOANS, INC.,

                              CASE NO. 07-CV-11753

         Plaintiff,

                              PAUL D. BORMAN
-vs-                          UNITED STATES DISTRICT JUDGE

JAMES M. RIDDLE and
DIRECT LENDING, INC.,
Jointly & Severally,

         Defendants.
_____/

## ORDER CONTINUING
## THE APRIL 23, 2007 TEMPORARY RESTRAINING ORDER THROUGH MAY 7, 2007

         For the reasons stated on the record at the May 4, 2007 hearing on Plaintiff's Motion for a

Preliminary Injunction, the Court hereby **ORDERS** that the Temporary Restraining Order in the

above-captioned case, issued on April 23, 2007, and set to expire on Friday, May 4, 2007, continue

through May 7, 2007.

**SO ORDERED.**

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE
Dated: May 7, 2007

                  CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
May 7, 2007.

                              s/Denise Goodine
                              Case Manager